IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10-cr-00249-02-SWW |
| | * | |
| | * | |
| | * | |
| ELIJAH ANTOINE GHOSTON, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Pursuant to the grant of the government's oral motion to amend the indictment as made at the change of plea hearing held on August 2, 2011, the indictment as to Elijah Antoine Ghoston is amended to reflect that Count 20 references Count 19, not Count 13 as stated in the indictment.

IT IS SO ORDERED this 3rd day of August 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE